1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                            Plaintiff,                    CASE NO. MJ25-480

10                   v.                                    **DETENTION ORDER**

11  WILMER RAMIREZ- HERNANDEZ,

12                            Defendant.

13         The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there

14  are no conditions which the defendant can meet which would reasonably assure the defendant's

15  appearance as required or the safety of any other person and the community.

16           **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17         Defendant is charged with felony assault of a federal officer. In 2019, Defendant was

18  charged as a removable alien. He has lived in the community for several years and was working

19  as a roofer. Although these are positive factors, he presents as a danger to the community as he

20  has a pending driving under the influence charge, and his reaction to being stopped by

21  immigration officers was to resist and allegedly use violence. The Court finds Defendant has

22  failed to overcome the presumption that he is a danger to the community and risk of flight.

23         It is therefore **ORDERED**:

DETENTION ORDER - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 13th day of August, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge