Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_August 20_ 20_25_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> WILMER RAMIREZ-HERNANDEZ, <br><br> Defendant. | NO. **CR25-172 TL** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Assault of a Federal Officer)

On or about August 4, 2025, in Snohomish County, within the Western District of Washington, WILMER RAMIREZ-HERNANDEZ knowingly, intentionally, and forcibly assaulted Victim 1, an officer of the United States and of an agency of the United States Government, that is, the United States Department of Homeland Security, Homeland Security Investigations, while Victim 1 was engaged in and on account of his performance of official duties.

Indictment - 1
*United States v. Ramirez-Hernandez*
USAO No. 2025R00899

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       The Grand Jury further alleges that the assault involved physical contact with

2   Victim 1.

3       The Grand Jury further alleges that RAMIREZ-HERNANDEZ inflicted bodily

4   injury to Victim 1 during the commission of the assault.

5       All in violation of Title 18, United States Code, Sections 111(a) and (b).

6

7                       A TRUE BILL: Yes

8                       DATED:   20 Aug 25

9

10                      *Signature of Foreperson redacted pursuant*
    *to the policy of the Judicial Conference of*
    *the United States.*

11

12                      FOREPERSON

13  _____

14  TEAL LUTHY MILLER
    Acting United States Attorney

15

16  _____

17  THOMAS WOODS
    Assistant United States Attorney

18

19  _____
    KATHERINE G. COLLINS

20  Special Assistant United States Attorney

21

22

23

24

25

26

27

Indictment - 2
*United States v. Ramirez-Hernandez*
USAO No. 2025R00899

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970