UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-172 TL |
| Plaintiff, | |
| v. | **ORDER CONTINUING DETENTION INDICTMENT** |
| WILMER RAMIREZ-HERNANDEZ, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore,

IT IS ORDERED that detention be continued as previously set.

DATED this 20th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Order Continuing Detention Indictment - 1
*United States v. Ramirez-Hernandez*
USAO No. 2025R00899

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970