The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-0172 TL |
| Plaintiff, | UNOPPOSED MOTION TO DISMISS |
| v. | |
| WILMER RAMIREZ-HERNANDEZ | NOTE ON MOTION CALENDAR: October 10, 2025 |
| Defendant. | |

The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, and Katherine G. Collins, Special Assistant United States Attorney, moves the Court to dismiss all pending charges in this case as to the above-named defendant, Wilmer RAMIREZ-HERNANDEZ, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States was informed that on October 6, 2025, the Department of Homeland Security removed Mr. Ramirez-Hernandez from the United States to Honduras.

Accordingly, the United States moves to dismiss the pending charges as to Mr. Ramirez-Hernandez, without prejudice. *See e.g. United States v. Olivas-Armenta*, No. CR20-0137-JCC-6, 2021 WL 398490, at *2 (W.D. Wash. Feb. 4, 2021) (dismissal without prejudice is appropriate when the United State removes a defendant from the

Unopposed Motion to Dismiss - 1
*United States v. Ramirez-Hernandez, CR25-0172 TL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States while charges are pending, and the United States does not seek to continue prosecution).

    Counsel for Defendant, Chris Black, does not oppose this Motion.

Dated this 10th day of October 2025.

                          Respectfully submitted,

                          CHARLES NEIL FLOYD
                          Acting United States Attorney

                          *s/ Katherine G. Collins*
                          KATHERINE G. COLLINS
                          Special Assistant United States Attorney
                          United States Attorney's Office
                          700 Stewart Street, Suite 5220
                          Seattle, Washington 98101
                          Email: katherine.collins@usdoj.gov

Unopposed Motion to Dismiss - 2
*United States v. Ramirez-Hernandez, CR25-0172 TL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970