UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | No. CR25-0172 TL |
|---|---|
| Plaintiff, | |
| v. | |
| WILMER RAMIREZ-HERNANDEZ, | ORDER OF DISMISSAL |
| Defendant. | |

This matter comes before the Court upon motion of the United States to dismiss all pending charges in this matter as to WILMER RAMIREZ-HERNANDEZ, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 14th day of October, 2025.

Tana Lin
United States District Judge

Order of Dismissal -- 1
*United States v. Ramirez-Hernandez,* CR25-0172 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
   *s/ Katherine G. Collins*
2  KATHERINE G. COLLINS
   Special Assistant United States Attorney
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Order of Dismissal -- 2
*United States v. Ramirez-Hernandez,* CR25-0172 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970